**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MARCOS SANCHEZ, M.D. | : | No. 339 MAL 2019 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| MEHDI NIKPARVAR, M.D. AND INCARE, LLC | : | |
| | : | |
| | : | |
| PETITION OF: MEHDI NIKPARVAR, M.D. | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 8th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.